IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MAXON ENGINEERING SERVICES INC

66-0409172

Debtor

CASE NO. 04-04781-MCF7
Chapter 7

FILED & ENTERED ON JAN/15/2021

ORDER

Creditor, Centro Plastico, Inc.'s request to receive $6,174.76 from unclaimed funds consigned by the chapter 7 Trustee, which belong to other creditors in the case, is denied (Docket Nos. 2021 and 2024). Creditor's name does not appear on the list provided by Trustee on the report on unclaimed monies (Docket No. 2020). Creditor has failed to establish that it is entitled to these funds.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of January 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge